**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | | |
|---|---|---|
| In re:  HENSON, KALEB MIKAL | § | Case No. 16-41172-JMM |
| HENSON, KIERA LYNAI | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 12/19/2016. The undersigned trustee was appointed on 12/19/2016.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized the gross receipts of    $          11,322.06

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,686.03 |
| Bank service fees | 200.39 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 1,916.54 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 7,519.10 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 06/12/2017 and the deadline for filing governmental claims was 06/17/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,690.55. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $1,690.55, for a total compensation of $1,690.55[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $93.35 for total expenses of $93.35[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/04/2018            By: /s/ Gary L. Rainsdon
                                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 16-41172-JMM
**Case Name:** HENSON, KALEB MIKAL
HENSON, KIERA LYNAI
**For Period Ending:** 10/04/2018

**Trustee Name:** (320120) Gary L. Rainsdon
**Date Filed (f) or Converted (c):** 12/19/2016 (f)
**§ 341(a) Meeting Date:** 01/23/2017
**Claims Bar Date:** 06/12/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2005 GMC Yukon, 123,000 miles, 2WD, V8, 2500 NADA average trade-in value. Entire property value: $6,300.00 | 6,300.00 | 0.00 | | 0.00 | FA |
| 2 | 2012 Chevrolet Malibu, 45,000 miles, V6 NADA average trade-in value. Entire property value: $9,400.00<br>avoiding lien with santander. This takes precedence to the exemption to the extent to the lien we avoid. 7/20/17 Dan filed stipulation between trustee and Santander  tal | 9,400.00 | 9,400.00 | | 7,000.00 | FA |
| 3 | Household Goods | 2,485.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing for 3 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Wedding band, wedding set | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Costume jewelry | 30.00 | 30.00 | | 0.00 | FA |
| 7 | 2 dogs | 10.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 10.00 | 0.00 | | 0.00 | FA |
| 9 | Savings: DL EvansAcct#1578 | 5.00 | 1.25 | | 0.00 | FA |
| 10 | 401 (k): American United Life Insurance Company | 39.07 | 0.00 | | 0.00 | FA |
| 11 | est 2016 Tax refund EIC and ACTC: Federal | 2,770.00 | 0.00 | | 0.00 | FA |
| 12 | est 2016 Tax refund minus EIC and ACTC: Federal | 1,554.00 | 1,554.00 | | 4,322.06 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$22,953.07** | **$10,985.25** | | **$11,322.06** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

Case No.: 16-41172-JMM
Case Name: HENSON, KALEB MIKAL
HENSON, KIERA LYNAI

For Period Ending: 10/04/2018

Trustee Name: (320120) Gary L. Rainsdon
Date Filed (f) or Converted (c): 12/19/2016 (f)
§ 341(a) Meeting Date: 01/23/2017
Claims Bar Date: 06/12/2017

**Major Activities Affecting Case Closing:**

9/30/18 REMAINING ISSUES: TFR, distribution, TDR.

9/26/18 sent check to Racine Law Office for $966.00 Atty Compensation Pay (dkt 48). jh
Order Granting Application For Compensation (Related Doc # [46]) for Daniel C Green, fees awarded: $966.00, expenses awarded: $0.00 Signed on 9/26/2018. (kl)
8/30/18 dan filed app for compensation, deadline 9/24/18. jh
4/23/18 sent check to auctioneer   tal
4/17/18 filed ROS and app for comp and sent order to JMM   tal
3/29/18 rcvd check for sell of 2012 Chevy Malibu for $6979.97  tal
2/9/18 filed NOS   tal
2/8/18 filed amended app to employ auctioneer  tal

9/30/17 REMAINING ISSUES:   sell car, pay professionals, tfr, tdr

9/8/17 Form 1 reviewed kw
9/1/17 claim #2 w/drawn. lr
8/25/17 tt Kaela for claim #8. she emailed me deficiency documents.  no obj. lr
8/25/17 tt sueann for claim #2.  they will w/draw claim as it is a dup of #1. lr
8/24/17 reviewed 14 claims. poss obj. lr
8/3/17 rcvd title for 2012 Chevy Malibu   tal
7/20/17 Dan filed stipulation between trustee and Santander   tal
7/18/17 glr said he signed the stipulation with Santander and sent it back to Dan   tal
5/25/17 emailed Dan again to see if has is getting anywhere on getting the title   tal
5/1/17 emailed Dan to see if he has heard about getting this title   tal
3/14/17 filed stmt no obj and sent order to JDP   tal
3/14/17 sent debtors' portion of tax refund back via atty   tal
3/13/17 filed notice of assets   tal
3/2/17 rcvd cashier's check for federal return $4322.06   tal
Order Granting Application to Employ Daniel C Green for Gary L Rainsdon, Trustee (Related Doc # [21]) Signed on 2/28/2017. (nl)
2/27/17 met auctioneer at debtors home and picked up the Malibu   tal
2/24/17 rcvd originals of contracts for purchase of Chevy Malibu   tal
2/24/17 lvm for Carl  tal
2/22/17 lvm for Carl   tal
2/17/17 Lori picked up car keys from Tia   tal
2/14/17  filed app to employ US Auction   tal
2/7/16 rcvd 2016 tax returns   Fed $4377   EIC $552   ACTC $1427   State $89    Estate's portion is $2405.46   tal
1/27/17 rcvd title history, sent title history to Dan and asked him to get hired to avoid lien   tal
1/25/17 rcvd copy of contract   tal
1/20/17 requested title history on 2012 Malibu   tal
1/19/17  rcvd paystubs and bank stmt   tal
12/19/16 rcvd tax returns and bank stmt  tal

Initial Projected Date Of Final Report (TFR): 06/30/2018   Current Projected Date Of Final Report (TFR): 12/31/2018

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 16-41172-JMM | Trustee Name: | Gary L. Rainsdon (320120) |
|---|---|---|---|
| Case Name: | HENSON, KALEB MIKAL<br>HENSON, KIERA LYNAI | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******2200 Checking |
| Taxpayer ID #: | **-***2119 | Blanket Bond (per case limit): | $78,753,461.00 |
| For Period Ending: | 10/04/2018 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/02/17 | {12} | DL Evans Bank | fed tax refunds | 1124-000 | 4,322.06 | | 4,322.06 |
| 03/13/17 | 101 | KALEB AND KIERA HENSON | DEBTORS' PORTION OF TAX SPLIT | 8500-002 | | 1,916.54 | 2,405.52 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,395.52 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,385.52 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,375.52 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,365.52 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,355.52 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,345.52 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,335.52 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,325.52 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,315.52 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,305.52 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,295.52 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,285.52 |
| 03/29/18 | | US Auction | 2012 Chevy Malibu | | 6,979.97 | | 9,265.49 |
| | {2} | U.S. AUCTION, L.L.C. | 2012 Chevy Malibu<br>$7,000.00 | 1129-000 | | | 9,265.49 |
| | | U.S. AUCTION, L.L.C. | Expenses<br>-$20.03 | 3620-000 | | | 9,265.49 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 9,255.49 |
| 04/20/18 | 102 | U.S. AUCTION, L.L.C. | Auctioneer compensation | 3610-000 | | 700.00 | 8,555.49 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.83 | 8,542.66 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.51 | 8,529.15 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.85 | 8,517.30 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 13.06 | 8,504.24 |

Page Subtotals:  $11,302.03   $2,797.79

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)         ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-41172-JMM | Trustee Name: | Gary L. Rainsdon (320120) |
|---|---|---|---|
| Case Name: | HENSON, KALEB MIKAL<br>HENSON, KIERA LYNAI | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2119 | Account #: | ******2200 Checking |
| For Period Ending: | 10/04/2018 | Blanket Bond (per case limit): | $78,753,461.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.63 | 8,491.61 |
| 09/26/18 | 103 | RACINE LAW OFFICE | Attorney Compensation Pay | 3210-000 | | 966.00 | 7,525.61 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 6.51 | 7,519.10 |
| | | **COLUMN TOTALS** | | | **11,302.03** | **3,782.93** | **$7,519.10** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **11,302.03** | **3,782.93** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$11,302.03** | **$3,782.93** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B

## Cash Receipts And Disbursements Record

Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 16-41172-JMM | **Trustee Name:** | Gary L. Rainsdon (320120) |
| **Case Name:** | HENSON, KALEB MIKAL<br>HENSON, KIERA LYNAI | **Bank Name:** | Rabobank, N.A. |
| | | **Account #:** | ******2200 Checking |
| **Taxpayer ID #:** | **-***2119 | **Blanket Bond (per case limit):** | $78,753,461.00 |
| **For Period Ending:** | 10/04/2018 | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $11,302.03 |
| Plus Gross Adjustments: | $20.03 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $1,916.54 |
| Net Estate: | $9,405.52 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2200 Checking | $11,302.03 | $3,782.93 | $7,519.10 |
| | $11,302.03 | $3,782.93 | $7,519.10 |

UST Form 101-7-TFR (5/1/2011)

Printed: 10/04/2018 11:10 AM

# Exhibit C

## Claims Register

Page: 1

**Case: 16-41172-JMM KALEB MIKAL HENSON AND KIERA LYNAI HENSON**

**Claims Bar Date:** 6/12/17 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Gary L. Rainsdon<br>P.O. Box 506<br>Twin Falls, ID 83303<br><br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>04/17/18 | | $ 1,690.55<br>$ 1,690.55 | $0.00 | $1,690.55 |
| TE | Gary L. Rainsdon<br>P.O. Box 506<br>Twin Falls, ID 83303<br><br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>10/04/18 | | $ 93.35<br>$ 93.35 | $0.00 | $93.35 |
| | RACINE LAW OFFICE<br>Daniel Green<br>PO Box 1391<br>Pocatello, ID 83204<br><br><3210-00 Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>09/26/18 | | $ 966.00<br>$ 966.00 | $966.00 | $0.00 |
| | U.S. AUCTION, L.L.C.<br>PO BOX 55<br>HEYBURN, ID 83336<br><br><3620-00 Auctioneer/Liquidator for Trustee Expenses>, 200 | Admin Ch. 7<br>03/28/17 | | $ 20.03<br>$ 20.03 | $20.03 | $0.00 |
| | U.S. AUCTION, L.L.C.<br>PO BOX 55<br>HEYBURN, ID 83336<br><br><3610-00 Auctioneer/Liquidator for Trustee Fees>, 200 | Admin Ch. 7<br>03/28/17 | | $ 700.00<br>$ 700.00 | $700.00 | $0.00 |

Printed: 10/04/2018 11:10 AM

# Exhibit C

## Claims Register

Page: 2

**Case: 16-41172-JMM KALEB MIKAL HENSON AND KIERA LYNAI HENSON**

**Claims Bar Date:** 6/12/17 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Bryan N. Zollinger<br>PO Box 50731<br>Idaho Falls, ID 83405<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>03/20/17 | | $ 1,182.92<br>$ 1,182.92 | $0.00 | $1,182.92 |
| 2 | Medical Recovery Services<br>PO Box 51178<br>Idaho Falls, ID 83405<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>03/20/17 | Southern Idaho Pain Institute<br>9/1/17 claim withdrawn. dup #1 | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |
| 3-2 | St Luke's Magic Valley<br>212 3rd Ave S<br>Twin Falls, ID 83301<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>03/21/17 | 6/5/17 claim amended to $21,604.52 | $ 21,604.52<br>$ 21,604.52 | $0.00 | $21,604.52 |
| 4 | St. Luke's Jerome<br>212 3rd Ave S<br>Twin Falls, ID 83301<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>03/21/17 | | $ 3,431.37<br>$ 3,431.37 | $0.00 | $3,431.37 |
| 5 | St. Luke's Clinic<br>212 3rd Ave S<br>Twin Falls, ID 83301<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>03/21/17 | | $ 442.34<br>$ 442.34 | $0.00 | $442.34 |

Printed: 10/04/2018 11:10 AM

Exhibit C

Page: 3

Claims Register

**Case: 16-41172-JMM KALEB MIKAL HENSON AND KIERA LYNAI HENSON**

**Claims Bar Date:** 6/12/17 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Statewide Collection<br>P.o. Box 782<br>Twin Falls, ID 83303<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>03/23/17 | Family Health Services<br>Pheasant Cove Dental | $ 1,474.43<br>$ 1,474.43 | $0.00 | $1,474.43 |
| 7 | Wright Physical Tharapy<br>1444 Falls Ave E<br>Twin Falls, ID 83301<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>03/24/17 | 2016 | $ 99.46<br>$ 99.46 | $0.00 | $99.46 |
| 8 | Equitable Finance Comp<br>181 Blue Lakes Blvd N.<br>Twin Falls, ID 83301<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>03/27/17 | deficiency docs on 2005 GMC Yukon | $ 7,178.40<br>$ 7,178.40 | $0.00 | $7,178.40 |
| 9 | Bonneville Billing & Collections Inc Spine Institute, Wright Physical Therapy<br>POB 191053<br>Boise, ID 83719<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>04/19/17 | Spine Institute of Idaho<br>City of Twin Falls<br>Wright Therapy-2014 | $ 2,366.10<br>$ 2,366.10 | $0.00 | $2,366.10 |

Printed:   10/04/2018 11:10 AM

Exhibit C

Page:   4

Claims Register

Case: 16-41172-JMM KALEB MIKAL HENSON AND KIERA LYNAI HENSON

**Claims Bar Date:**  6/12/17 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 | T Mobile/T-Mobile USA Inc<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>05/19/17 | | $ 65.56<br>$ 65.56 | $0.00 | $65.56 |
| 11 | Advantage Financial Services LLC<br>10 S Cole Road<br>Boise, ID 83709<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>05/31/17 | Southern Idaho Radiology | $ 45.49<br>$ 45.49 | $0.00 | $45.49 |
| 12 | U. S. Department of Education<br>P. O. Box 69184<br>Harrisburg, PA 17106-9184<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>06/02/17 | | $ 51,626.68<br>$ 51,626.68 | $0.00 | $51,626.68 |
| 13 | Idaho Collection Bureau<br>PO Box 576<br>Twin Falls, ID 83303<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>06/06/17 | St. Lukes Clinic, Filer Mutual | $ 5,889.46<br>$ 5,889.46 | $0.00 | $5,889.46 |
| 14 | CBP Affiliated Services<br>PO Box 4068<br>Boise, ID 83711<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>06/09/17 | Idaho Power | $ 887.79<br>$ 887.79 | $0.00 | $887.79 |

Printed:  10/04/2018 11:10 AM

Page: 5

# Exhibit C

# Claims Register

**Case: 16-41172-JMM KALEB MIKAL HENSON AND KIERA LYNAI HENSON**

**Claims Bar Date:**  6/12/17 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Case Total: | | $1,686.03 | $98,078.42 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-41172-JMM
Case Name: KALEB MIKAL HENSON AND KIERA LYNAI HENSON
Trustee Name: Gary L. Rainsdon

**Balance on hand:** $ 7,519.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,519.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Gary L. Rainsdon | 1,690.55 | 0.00 | 1,690.55 |
| Trustee, Expenses - Gary L. Rainsdon | 93.35 | 0.00 | 93.35 |
| Auctioneer Fees - U.S. AUCTION, L.L.C. | 700.00 | 700.00 | 0.00 |
| Auctioneer Expenses - U.S. AUCTION, L.L.C. | 20.03 | 20.03 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - RACINE LAW OFFICE | 966.00 | 966.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 1,783.90
Remaining balance: $ 5,735.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,735.20

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|   |   |
|---|---|
| Total to be paid for priority claims: | $         0.00 |
| Remaining balance: | $     5,735.20 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $96,294.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bryan N. Zollinger | 1,182.92 | 0.00 | 70.45 |
| 2 | Medical Recovery Services | 0.00 | 0.00 | 0.00 |
| 3-2 | St Luke's Magic Valley | 21,604.52 | 0.00 | 1,286.74 |
| 4 | St. Luke's Jerome | 3,431.37 | 0.00 | 204.37 |
| 5 | St. Luke's Clinic | 442.34 | 0.00 | 26.35 |
| 6 | Statewide Collection | 1,474.43 | 0.00 | 87.82 |
| 7 | Wright Physical Tharapy | 99.46 | 0.00 | 5.92 |
| 8 | Equitable Finance Comp | 7,178.40 | 0.00 | 427.54 |
| 9 | Bonneville Billing & Collections Inc Spine Institute, Wright Physical Therapy | 2,366.10 | 0.00 | 140.92 |
| 10 | T Mobile/T-Mobile USA Inc | 65.56 | 0.00 | 3.90 |
| 11 | Advantage Financial Services LLC | 45.49 | 0.00 | 2.71 |
| 12 | U. S. Department of Education | 51,626.68 | 0.00 | 3,074.83 |
| 13 | Idaho Collection Bureau | 5,889.46 | 0.00 | 350.77 |
| 14 | CBP Affiliated Services | 887.79 | 0.00 | 52.88 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $     5,735.20 |
| Remaining balance: | $         0.00 |

UST Form 101-7-TFR(5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)